UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEEZIO GROUP, LLC,

        Plaintiff,

    v.

SLUMBERPOD LLC,

        Defendant.

Case No. 26-mc-80107-LJC

**JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Noël Wise for consideration of whether the case is related to 23-cv-06288-NW.

**IT IS SO ORDERED.**

Dated: April 24, 2026

_____

LISA J. CISNEROS
United States Magistrate Judge

United States District Court
Northern District of California