DOWNEY BRAND LLP

DOWNEY BRAND LLP
MICHAEL J. THOMAS (Bar No. 172326)
mthomas@downeybrand.com
MEGHAN M. BAKER (Bar No. 243765)
mbaker@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:    916.444.1000
Facsimile:    916.444.2100

Attorneys for Third-parties Louise Wingfield
Childs, Kathryn Beck Mallory, Maureen Carroll,
and Stephen Jones

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| KEEZIO GROUP, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SLUMBERPOD, LLC,<br><br>　　　　Defendant. | Case No. 5:26-mc-80110-NW (VKD)<br>Related Case: 5:26-mc-80107-NW (VKD)<br>Related Case: 5:23-cv-06288-NW (VKD)<br><br>**STIPULATION TO CONTINUE<br>HEARING DATE; [PROPOSED] ORDER**<br><br>Judge:　Magistrate Judge Virginia K. DeMarchi<br>Date:　　June 2, 2026<br>Time:　　10:00 a.m.<br>Crtrm.:　2, Fifth Floor |

This Stipulation is entered into by and between Plaintiff Keezio Group, LLC ("Plaintiff") and Third-parties Louise Childs, Kathryn Beck Mallory, Maureen Carroll, and Stephen Jones (the "Third Parties"), and Slumberpod, LLC, by and through their undersigned counsel of record, as follows:

**RECITALS**

1.　　WHEREAS, Case No. 5:23-vc-06288-NW between Plaintiff Keezio and Slumberpod has been pending since 2023.  Whereas Plaintiff served third party deposition subpoenas in that action on each of the Third Parties.

2.　　WHEREAS, Plaintiff filed two actions in Georgia seeking to compel the deposition of the Third Parties.  Those motions were transferred by agreement of the Parties to this Court, which assigned Case Nos. 5:26-mc-80110-NW and Case No. 5:26-mc-80107-NW.

5258911

DOWNEY BRAND LLP

3.      WHEREAS, on May 18, 2026, the Court issued an order in Case No. 5:26-mc-80110-NW setting a hearing on the Motion to Compel Compliance with Subpoena in that case for June 2, 2026, at 10:00 a.m. before Magistrate Judge Virginia K. DeMarchi;

4.      WHEREAS, Case No. 5:26-mc-80110-NW and Case No. 5:26-mc-80107-NW have been related by order of the Court to one another and to the main action from which they arise, case No. Case No. 5:23-vc-06288-NW;

5.      WHEREAS, the motions pending in Case Nos. 5:26-mc-80110-NW and 5:26-mc-80107-NW involve related issues and overlapping factual and legal questions concerning motions to compel depositions of third parties represented by the same counsel;

6.      WHEREAS, counsel for Third Party Childs in Case No. 5:26-mc-80110-NW is unavailable on June 2, 2026 due to previously scheduled travel;

7.      WHEREAS, all parties and counsel jointly agree that judicial economy and efficiency would be served by hearing both motions in both cases together on the same date;

8.      WHEREAS, all counsel are available on June 16, 2026, and jointly request that the hearings be continued and consolidated for that date;

9.      WHEREAS, the parties further agree that, if the hearing is continued to June 16, 2026, any response to the motion to compel in Case No. 5:26-mc-80107-NW shall be filed no later than May 26, 2026, and any reply in support thereof shall be filed no later than June 2, 2026;

10.      NOW, THEREFORE, IT IS HEREBY STIPULATED by and among the parties, through their respective counsel of record, as follows:

### STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED by and among the parties, through their respective counsel of record, as follows:

1.      The hearing currently set in Case No. 5:26-mc-80110-NW on June 2, 2026, at 10:00 a.m. shall be continued to June 16, 2026, at a time convenient for the Court.

2.      The hearing on the Motion to Compel in Case No. 5:26-mc-80107-NW shall be set for hearing on the same date and time as the hearing in Case No. 5:26-mc-80110-NW.

3.    The opposition to the motion to compel in Case No. 5:26-mc-80107-NW shall be filed no later than May 26, 2026.

4.    The reply in support of the motion to compel in Case No. 5:26-mc-80107-NW shall be filed no later than June 2, 2026.

5.    If June 16, 2026 is unavailable, the parties respectfully request that the Court set both motions for hearing on the next available date convenient to the Court and extend the briefing schedule in Case No. 5:26-mc-80107-NW accordingly.

IT IS SO STIPULATED.

DATED:  May 19, 2026              DOWNEY BRAND LLP


By:  _____*/s/ Michael J. Thomas*_____
                    MICHAEL J. THOMAS
                    MEGHAN M. BAKER
          Attorneys for Third-parties Louise Wingfield
     Childs, Kathryn Beck Mallory, Maureen Carroll,
                         and Stephen Jones

,
DATED:  May 19, 2026              TROJAN LAW OFFICES, P.C.


By:  ___*/s/ Francis Z. Wong* (approved on 5/19/26)___
                    R. JOSEPH TROJAN
                    FRANCIS Z. WONG
          Attorneys for Plaintiff Keezio Group, LLC

DATED:  May 19, 2026              O'HAGAN MEYER, PLLC


By:  ___*/s/ Dana J. Finberg* (approved on 5/19/26)___
                    DANA J. FINBERG
          Attorneys for Defendant SlumberPod LLC

DOWNEY BRAND LLP

5258911                                3                    Case No. 3:26-mc-80110-LB
STIPULATION TO CONTINUE HEARING DATE; ~~[PROPOSED]~~ ORDER

**ORDER**

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED:

1.      The hearing currently set in Case No. 5:26-mc-80110-NW on June 2, 2026, is continued to June 16, 2026, at  10:00 a.m.

2.      The hearing on the Motion to Compel in Case No. 5:26-mc-80107-NW shall be heard on the same date and time.

3.      The opposition to the motion to compel in Case No. 5:26-mc-80107-NW shall be filed no later than May 26, 2026.

4.      The reply in support of the motion to compel in Case No. 5:26-mc-80107-NW shall be filed no later than June 2, 2026.

IT IS SO ORDERED.

Dated:   May 22, 2026

Virginia K. DeMarchi
United States Magistrate Judge

DOWNEY BRAND LLP

5258911

4

Case No. 3:26-mc-80110-LB

STIPULATION TO CONTINUE HEARING DATE; [PROPOSED] ORDER