United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEEZIO GROUP,<br>Plaintiff,<br>v.<br>SLUMBERPOD, LLC,<br>Defendant. | Case No. 26-mc-80107-NW<br>**ORDER DENYING MOTION FOR RELIEF**<br>Re: ECF No. 20 |
| KEEZIO GROUP,<br>Plaintiff,<br>v.<br>SLUMBERPOD, LLC,<br>Defendant. | Case No. 26-mc-80110-NW<br>**ORDER DENYING MOTION FOR RELIEF**<br>Re: ECF No. 27 |

On July 20, 2026, Plaintiff Keezio Group, LLC filed motions for relief from a nondispositive pretrial discovery order issued by Magistrate Judge DeMarchi, in two related cases. *See* 26-mc-80107-NW, ECF No. 20; 26-mc-80110-NW, ECF No. 27. In both motions, Plaintiff asks the Court to vacate Magistrate Judge DeMarchi's "July 8, 2026 Order denying/granting in part Keezio's motion to compel compliance with [a] non-party [ ] subpoena" and to "vacate the time and topic restrictions imposed by Judge DeMarchi." *Id.* The Court DENIES the motions for the reasons set forth in Judge DeMarchi's Order. *See* 26-mc-80107-NW, ECF No. 19; 26-mc-80110-NW, ECF No. 26. The Court finds the Order to be well-reasoned, proportional to the discovery needs of the case, and not clearly erroneous or contrary to the law. *See* 28 U.S.C. § 636(b)(1)(A) (permitting reconsideration only "where it has been shown that the magistrate

United States District Court
Northern District of California

judge's order is clearly erroneous or contrary to law"); *E.E.O.C. v. Peters' Bakery*, 301 F.R.D. 482, 484 (N.D. Cal. 2014) (quoting *Burdick v. C.I.R.*, 979 F.2d 1369, 1370 (9th Cir. 1992) (noting a district court should only overturn a magistrate judge's ruling "if it is left with the 'definite and firm conviction that a mistake has been committed.'")).

All deadlines, dates, and discovery parameters set in Judge DeMarchi's Order remain in effect.

**IT IS SO ORDERED.**

Dated: July 27, 2026

Noël Wise
United States District Judge